IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND N. MILLHOUSE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL NUTTER; LOUIS GIORLA;** | : | |
| and **M. FARRELL** | : | **No. 15-1622** |

**O R D E R**

    AND NOW, this 14th day of October 2015, having considered plaintiff's complaint, and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

    1. Plaintiff's complaint (paper no. 3) is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    2. Plaintiff has leave to file an amended complaint on or before **NOVEMBER 12, 2015**.

    3. If plaintiff files an amended complaint, he shall name all defendants in the caption and body of the amended complaint and state each defendant's personal involvement in the alleged deprivation of his constitutional rights.

    4. If plaintiff fails to file an amended complaint, the court will dismiss this action.

    5. The Clerk of Court shall not issue summons and the U.S. Marshals Service shall not make service of the summons and <u>amended complaint</u> until so ordered by the court.

    6. The Clerk of Court shall **CLOSE** this action for statistical purposes.

                                                       */s/ Norma L. Shapiro*
                                                                                       J.